# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUSTYCE KEY,
Plaintiff,

v.

GMRI, INC.,
Defendant.

2:26-cv-10767-DSF-PVCx

Order to Show Cause re Transfer

This case was removed to this District from the Superior Court of California for the County of Solano. Solano County is in the Eastern District of California, and, therefore, the case should have been removed to that district. See 28 U.S.C. § 1441(a). In addition, it appears that the filing in this Court may have been in error as the caption and the text of the notice of removal indicate removal to the Eastern District. Therefore, Defendant is ordered to show cause no later than November 6, 2026, why this case should not be transferred to the Eastern District of California. If Defendant agrees that the case should be transferred, it should file a proposed order for the Court's approval.

IT IS SO ORDERED.

Date: November 2, 2026

Dale S. Fischer
United States District Judge